DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GUSTAVO A. BASMESON,**
Appellant,

v.

**MELBA R. BASMESON,**
Appellee.

No. 4D19-2568

[April 23, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 502017DR011822XXXXSB.

Gustavo A. Basmeson, David, Chiriqui, Republic of Panamá, pro se.

Jane Kreusler-Walsh, Rebecca Mercier Vargas and Stephanie L. Serafin of Kreusler-Walsh, Vargas & Serafin, P.A., West Palm Beach, and Jeffery Jones of Legal Aid Society of Palm Beach County, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***